**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-6995**

YUSUF ABDUL AL-WAHHAB,

Plaintiff - Appellant,

versus

F. W. GREENE, Warden of the Brunswick Correc-
tional Center; RONALD ANGELONE, Director of
the Commonwealth of Virginia Department of
Corrections,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond. James R. Spencer, District Judge.
(CA-96-67-3)

Submitted: October 3, 1996          Decided: October 15, 1996

Before ERVIN, LUTTIG, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Yusuf Abdul Al-Wahhab, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his 42 U.S.C. § 1983 (1994) complaint. The district court assessed a filing fee in accordance with <u>Evans v. Croom</u>, 650 F.2d 521 (4th Cir. 1981), <u>cert. denied</u>, 454 U.S. 1153 (1982), and dismissed the case without prejudice when Appellant failed to comply with the fee order. Finding no abuse of discretion, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>